**DISMISS; and Opinion Filed May 17, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00792-CV

**ETX SUCCESSOR TYLER F/K/A EAST TEXAS MEDICAL CENTER A/K/A EAST TEXAS MEDICAL CENTERS, Appellant/Cross-Appellee**

**V.**

**THE ESTATE OF THERESA FREEMAN, BY AND THROUGH RADONDA ELLIS, AS INDEPENDENT EXECUTOR, Appellee/Cross-Appellant**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 99320-422**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Richter[1], and Justice Rosenberg[2]
Opinion by Justice Rosenberg

Before the Court is the parties' May 10, 2019 joint motion to dismiss. The parties state they have resolved all matters at issue and ask us to dismiss the appeal and cross-appeal. We grant the motion.

We dismiss the appeal and cross-appeal. *See* TEX. R. APP. P. 42.1.

/Barbara Rosenberg/
BARBARA ROSENBERG
JUSTICE, ASSIGNED

180792F.P05

---

[1] The Hon. Martin Richter, Justice, Retired, Assigned

[2] The Hon. Barbara Rosenberg, Justice, Assigned



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ETX SUCCESSOR TYLER F/K/A EAST
TEXAS MEDICAL CENTER A/K/A
EAST TEXAS MEDICAL CENTERS,
Appellant/Cross-Appellee

No. 05-18-00792-CV          V.

THE ESTATE OF THERESA FREEMAN,
BY AND THROUGH RADONDA ELLIS,
AS INDEPENDENT EXECUTOR,
Appellee/Cross-Appellant

On Appeal from the 422nd Judicial District
Court, Kaufman County, Texas
Trial Court Cause No. 99320-422.
Opinion delivered by Justice Rosenberg,
Chief Justice Burns and Justice Richter
participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal and cross-appeal.

We **ORDER** that each party bear its own costs of this appeal.

Judgment entered this 17th day of May, 2019.